UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN E. JAFFE,<br><br>  Plaintiff,<br><br>  vs.<br><br>ADOBE INC.,<br><br>  Defendant. | Case No. 2:23-cv-06224-JWH-MAA<br><br>**[PROPOSED] ORDER GRANTING PROPOSED CLAIM CONSTRUCTION CASE SCHEDULE** |

The Court, having considered Plaintiff Jonathan E. Jaffe's and Defendant Adobe Inc.'s Joint Stipulation Regarding Proposed Claim Construction Case Schedule, and for good cause having been shown, HEREBY ORDERS as follows:

The dates for case deadlines and claim construction matters in this action are set as reflected in the schedule attached as Exhibit A.

**IT IS SO ORDERED.**

Dated: _____, 2024

Honorable John W. Holcomb

[PROPOSED] ORDER GRANTING PROPOSED
CLAIM CONSTRUCTION CASE SCHEDULE -
Case No. 2:23-cv-06224-JWH-MAA

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

# Exhibit A

## **Scheduling**

The parties propose the following schedule:

| Event | Proposed Date |
|---|---|
| Initial Disclosures | January 12, 2024 |
| Patent L.R. 3-1 and 3-2: Infringement Contentions and Related Document Disclosure | December 15, 2023 |
| Deadline to file first amended complaint | December 15, 2023 |
| Deadline to respond to first amended complaint | January 5, 2024 |
| Deadline to file Stipulation and Proposed Order regarding a proposed Claim Construction Case Schedule | January 5, 2024 |
| Patent L.R. 3-3 and 3-4: Invalidity Contentions and Related Document Disclosure | February 12, 2024 |
| Patent L.R. 4-1: Exchange of Proposed Terms for Construction | February 19, 2024 |
| Patent L.R. 4-2: Exchange of Preliminary Claim Constructions and Extrinsic Evidence | March 11, 2024 |
| Patent L.R. 3-8: Damages Contentions | March 26, 2024 |
| Patent L.R. 4-3: Joint Claim Construction and Prehearing Statement | April 5, 2024 |
| Patent L.R. 4-3: Claim Construction Expert Report for Claim Construction Witness | April 5, 2024 |

| Event | Proposed Date |
|---|---|
| Patent L.R. 3-9: Responsive Damages Contentions | April 25, 2024 |
| Patent L.R. 4-4: Completion of Claim Construction Discovery | May 6, 2024 |
| Patent L.R. 4-5(a): Opening Claim Construction Briefs (simultaneous filing by both sides) | May 31, 2024 |
| Patent L.R. 4-5(b): Responsive Claim Construction Briefs (simultaneous filing by both sides) | July 1, 2024 |
| Patent L.R. 4-6: Claim Construction Hearing and Tutorial | July 16, 2024 |
| Joint Case Management Conference | TBD |